JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

TROY K. FLAKE
STEPHEN R. HANSON, II
Assistant United States Attorneys
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Troy.Flake@usdoj.gov
Stephen.Hanson@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Jennifer Aiello,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>United States of America,<br><br>　　　　　Defendant. | Case No. 2:21-cv-01613-APG-BNW<br><br>**JOINT MOTION TO SET SETTLEMENT CONFERENCE BEFORE UNITED STATES MAGISTRATE JUDGE AND STAY DEADLINES** |

　　　　The parties respectfully request that the Court set this matter for a settlement conference before a United States Magistrate Judge pursuant to Local Rules IB 1-7(b) and LR16-5.

　　　　This is a medical malpractice case against the United States arising out of a surgery at a federal hospital. Discovery in this matter closed on September 7, 2022. The United States filed a Motion to Limit Damages (ECF No. 17) and a Motion for Partial Summary Judgment (ECF No. 19) on October 6, 2022. The parties have discussed settlement in this matter and believe that a settlement conference may lead to a resolution of this case.

　　　　The parties request that this case be set for a settlement conference before a United States Magistrate Judge at a time convenient to the Court and counsel.

　　　　Counsel for the parties are available for a settlement conference the week of November 28 to Dec 2, 2022 or December 5-7 or 9, 2022. The undersigned can provide

1  additional dates upon request. The parties further requests that all other pre-trial deadlines
2  be stayed, including the deadlines to respond to the pending Motion to Limit Damages
3  and Partial Motion to Dismiss, pending the outcome of the settlement conference.

Respectfully submitted this 11th day of October, 2022.

JASON M. FRIERSON
United States Attorney

  /s/ Troy K. Flake
TROY K. FLAKE
Assistant United States Attorney

*Attorneys for the United States*

## ORDER

IT IS ORDERED that ECF No. 24 is GRANTED.

IT IS FURTHER ORDERED that, if the parties do not reach a settlement at the upcoming Settlement Conference, they must file a motion identifying all applicable deadlines that need to be reset and proposed deadlines for each. This motion is due 12/16/2022.

IT IS SO ORDERED

DATED: 4:34 pm, October 17, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**