# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JENNIFER AIELLO, | Case No.: 2:21-cv-01613-APG-BNW |
| Plaintiff | **Order Denying Motions as Moot** |
| v. | [ECF Nos. 17, 19] |
| UNITED STATES OF AMERICA, | |
| Defendant | |

In light of the parties' settlement of this matter (ECF No. 27),

I ORDER that the pending motions **(ECF Nos. 17, 19) are DENIED without prejudice as moot**.

DATED this 9th day of December, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE