JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709
TROY K. FLAKE
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Troy.Flake@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Jennifer Aiello,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>United States of America,<br><br>　　　　Defendant. | Case No. 2:21-cv-01613-APG-BNW<br><br>**Stipulation and Order for Dismissal** |

　　　Pursuant to Federal Rule of Civil Procedure 41, the Parties, by and through their undersigned counsel, hereby stipulate and agree to dismiss this action with prejudice, including all claims, each party to bear their own attorney fees and costs.

　　　Respectfully submitted this 24th day of January, 2023.

KARLIN & KARLIN,
A Professional Law Corporation

 /s/  Marc Karlin
MARC A. KARLIN
535 N. Brand Blvd., Suite 701
Glendale, CA 91203

*Attorney for Plaintiff*

JASON M. FRIERSON
United States Attorney

 /s/  Troy K. Flake
TROY K. FLAKE
Assistant United States Attorney

*Attorney for the United States*

**IT IS SO ORDERED**.

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** 1/25/2023